**Fill in this information to identify the case:**

Debtor Name   JOSE RICARDO TAPIA and ROBERTA E. TAPIA

United States Bankruptcy Court for the:_____ District of  NEVADA
(State)

Case number:   22-50268-nmc

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of   4/30/2022   on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| R Family Investments, Inc. | 100% Stockholder | 1 |
|  |  |  |
|  |  |  |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name   JOSE RICARDO TAPIA and ROBERTA E. TAPIA    Case number   22-50268-nmc

**The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3**

**For non-individual Debtors:**

✘ _____
Signature of Authorized Individual

_____
Printed name of Authorized Individual

Date _____
       MM / DD / YYYY

**For individual Debtors:**

✘ /s/ *Jose Ricardo Tapia*
Signature of Debtor 1
Jose Ricardo Tapia
Printed name of Debtor 1
Date  05/17/2022
       MM / DD / YYYY

✘ /s/ *Roberta E. Tapia*
Signature of Debtor 2
Roberta E. Tapia
Printed name of Debtor 2
Date  05/17/2022
       MM / DD / YYYY

Debtor Name   JOSE RICARDO TAPIA and ROBERTA E. TAPIA            Case number   22-50268-nmc

**Exhibit A: Financial Statements for R Family Investments Inc**

Debtor Name    JOSE RICARDO TAPIA and ROBERTA E. TAPIA    Case number    22-50268-nmc

**Exhibit A-1: Balance Sheet for R Family Investments Inc.**

The above signed hereby certify that R Family Investments does not regularly maintain a balance sheet.

Debtor Name     JOSE RICARDO TAPIA and ROBERTA E. TAPIA                    Case number     22-50268-nmc

**Exhibit A-2: Statement of Income (*Loss*) for R Family Investments Inc.**

The above signed hereby certify that R Family Investments does not regularly maintain a statement of income.

Debtor Name   __JOSE RICARDO TAPIA and ROBERTA E. TAPIA_____   Case number____22-50268-nmc_____

### Exhibit A-3: Statement of Cash Flows for R Family Investments Inc.

The above signed hereby certify that R Family Investments does not regularly maintain a statement of cash flows.

Debtor Name  JOSE RICARDO TAPIA and ROBERTA E. TAPIA    Case number  22-50268-nmc

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for [Name of Controlled Non-Debtor Entity] for period ending** [date]

None.

Debtor Name  JOSE RICARDO TAPIA and ROBERTA E. TAPIA                Case number  22-50268-nmc

### Exhibit B: Description of Operations for R Family Investments Inc

R Family Investments Inc was created for the purpose of making real estate and other investments, but no investments have ever been made.  The company has a bank account with less than $600 in it and owns a 2009 GMC Sierra pickup truck.

Debtor Name    JOSE RICARDO TAPIA and ROBERTA E. TAPIA    Case number  22-50268-nmc

### Exhibit C: Description of Intercompany Claims

None.

Debtor Name   JOSE RICARDO TAPIA and ROBERTA E. TAPIA         Case number   22-50268-nmc

### Exhibit D: Allocation of Tax Liabilities and Assets

Entity taxed as a Sub-chapter S Corporation

Debtor Name    JOSE RICARDO TAPIA and ROBERTA E. TAPIA                    Case number   22-50268-nmc

| | **Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor** |
|---|---|

None.